<u>CRIMINAL PROCEEDINGS</u> – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge Amanda K. Brailsford | Date: August 8, 2023 |
| Case No. 1:22-CR-111-AKB | Deputy Clerk: Kim Tudela |
| Place:  Boise – Courtroom 2 | Reporter:  Tiffany Fisher |
| | Time: 10:00 – 10:43 |

UNITED STATES OF AMERICA vs. RICHARD ALAN STANSELL

Probation Officer: Caitlyn O'Very
Counsel for the United States: Heidi Johnson
Counsel for the Defendant: David Robins

(☒) Court reviewed case history.

(☒) Defendant previously entered a plea of GUILTY to Count 2 of the **Superseding Information** and agreed to the forfeiture.

(☒) Government moved to dismiss count 1. GRANTED.

**Total combined offense level 33. Criminal history category I. Guideline range of 135-168 months.**

(☒) Counsel made sentencing recommendations to the Court.

(☒) There being no objections, the Court accepts the Presentence report as its own findings.

(☒) Court granted the Government's oral motion of $3^{\text{-point}}$ reduction for acceptance of responsibility.

(☒) Court addressed the 3553(a) factors.

SENTENCE: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant, **Richard Alan Stansell**, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **135 months**.

It is further ordered that the defendant shall pay to the United States a **$5,100** special assessment and fine waived. Defendant shall make restitution payment in the amount of **$5,000, interest not imposed**.

While all monetary penalties are due and payable immediately, having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than **$25** per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than **$25** per month.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **16 years**. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the sentencing recommendation (dkt. 49) and judgment in this criminal case, to be filed by this Court.

(☒) Defendant advised of penalties for violation of terms and conditions of supervised release.
(☒) Right to appeal explained.
(☒) Final order of forfeiture forthcoming.
(☒) The Court recommended the defendant receive credit for time served in federal custody.
(☒) It is recommended that the defendant participate in any available treatment and be housed in the facility at Englewood.
(☒) Defendant remanded to the custody of USMS.